IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY MORRIS                                                                                           PLAINTIFF

V.                        Case No. 3:09CV00212 JTK

MICHAEL ASTRUE, Commissioner
Social Security Administration                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 20th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE